```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 35890
  SHIRLEY M GERSH
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

        Debtor
  SSN XXX-XX-8555
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/28/04 and confirmed on 11/18/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 61200.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK ONE | SECURED VEHIC | .00 | .00 | .00 |
| OLD SECOND NATIONAL BANK | SECURED VEHIC | 4390.28 | .00 | 4390.28 |
| BECKET & LEE LLP | UNSECURED | 21064.61 | .00 | 12739.94 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7326.57 | .00 | 4431.13 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7417.18 | .00 | 4485.93 |
| CAMBRIDGE CREDIT COUNSEL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 4785.09 | .00 | 2894.04 |
| SMC | UNSECURED | 709.00 | .00 | 428.81 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8186.75 | .00 | 4951.37 |
| DISCOVER BANK | UNSECURED | 3995.91 | .00 | 2416.74 |
| FARMERS & TRADERS | UNSECURED | 6590.95 | .00 | 3986.23 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10227.04 | .00 | 6185.34 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6994.35 | .00 | 4230.20 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| RETAILERS NATIONAL BANK | UNSECURED | 568.39 | .00 | 343.76 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10168.12 | .00 | 6149.71 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1601.83 | .00 | 968.79 |
| OLD SECOND NATIONAL BANK | UNSECURED - C | 132.72 | .00 | 61.05 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 4390.28 | .00 | 89635.79 | 132.72 | 94158.79 |
| PRINCIPAL PAID | 4390.28 | .00 | 54211.99 | 61.05 | 58663.32 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 4390.28 | .00 | 54211.99 | 61.05 | 58663.32 |

The Debtor's attorney, PETER N METROU            , was allowed $        .00 and was paid $         .00 .

The Trustee received $   2536.68 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 02/12/08                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE